Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorney for Plaintiff
Arthur Owens

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR OWENS,<br><br>    Plaintiff,<br><br>vs.<br><br>FLEUR DE LIS VENTURES, LLC, et al.,<br><br>    Defendants. | No. 1:16-cv-00267-LJO-BAM<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).


Date: March 21, 2016                    MOORE LAW FIRM, P.C.


                                        */s/ Tanya E. Moore*
                                        Tanya E. Moore
                                        Attorney for Plaintiff
                                        Arthur Owens

NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER

Page 1

**<u>ORDER</u>**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   **March 22, 2016**              **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE